1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,        )   Case No. CR 09-0380 MAG
                                     )
12          Plaintiff,                )
                                     )
13      v.                           )   [~~PROPOSED~~] ORDER FOR SUMMONS
                                     )
14  JEREMY R. LUCERO,                )
                                     )
15          Defendant.                )
    _____    )
16

17
    Having reviewed the Declaration of Jeslyn Miller, the Court finds that probable cause exists
18
    to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
19
    58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Jeremy
20
    P. Lucero, 1469 Sacramento Street, Apt. # 2, San Francisco, California 94109, to appear on May
21
    8, 2009, at 9:30 a.m. before Magistrate Judge James Larson to answer the Information that has
22
    been filed by the United States Attorney.
23

24
    IT IS SO ORDERED.
25

26
                                                    *[signature]*
27  Dated: April 14, 2009          _____
                                   BERNARD ZIMMERMAN
28                                 United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 09-0380 MAG